ALEXANDER B. CVITAN (SBN 81746),
(Email: alc@rac-law.com)
MARSHA M. HAMASAKI (SBN 102720), and
(Email: marshah@rac-law.com)
PETER A. HUTCHINSON (SBN 225399), Members of
(Email: peterh@rac-law.com)
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860; Facsimile:  (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>CORNERSTONE DEMOLITION CORP, a California corporation; JAMES ROBERT RAWSON, an individual; DOE 1 through DOE 5, inclusive<br><br><br><br>                    Defendants. | CASE NO. 5:21-cv-00945-JGB-KKx<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANTS, CORNERSTONE DEMOLITION CORP, AND JAMES ROBERT RAWSON**<br><br>DATE:          SEPTEMBER 20, 2021<br>TIME:          9:00 A.M.<br>PLACE:       COURTROOM 1<br>                    3470 Twelfth Street<br>                    Riverside, CA 92501-3801<br>(Telephonic Appearance)<br><br>[Hon. Jesus G Bernal] |

TO DEFENDANTS, CORNERSTONE DEMOLITION CORP, a California corporation; JAMES ROBERT RAWSON, an individual; ("collectively "Defendants"):

PLEASE TAKE NOTICE that on September 20, 2021 at 9:00 a.m., in Courtroom 1 of the United States District Court Central District of California Eastern Division (Riverside) located at 3470 Twelfth Street, Riverside, CA 92501-3801,

-1-

426375.1

before the Honorable Jesus G. Bernal, judge presiding, Plaintiff will move the Court for Default Judgment; and Order For Permanent Injunction Against Defendants, CORNERSTONE DEMOLITION CORP, and JAMES ROBERT RAWSON.

This Motion is based on this Notice of Motion and Motion, the Declarations of Marsha M. Hamasaki, Yvonne Higa, and Victor Gurule, the Memorandum of Points and Authorities in support of Plaintiff's Motion, the Proposed Default Judgment, and Order for Permanent Injunction, the records, papers and pleadings on file in this case, and such further evidence and argument as may be presented at the hearing of this motion.

Dated:  August 12, 2021          REICH, ADELL, & CVITAN
                                 A Professional Law Corporation


                                 By:    /s/ Marsha M. Hamasaki
                                    MARSHA M. HAMASAKI
                                    Attorneys for Plaintiff

426375.1

-2-