JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Construction Laborers Trust Funds for Southern California Administrative Co., <br><br> Plaintiff, <br><br> v. <br><br> Cornerstone Demolition Corp., et al., <br><br> Defendants. | Case No. EDCV 21-945 JGB (KKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Judgment for Plaintiff shall be entered as to all Defendants as follows:

1. Plaintiff is AWARDED against Cornerstone Demolition Corp.:

    a. $74,980.28, consisting of the principle sum of $65,798.71;

    b. $4,406.36 in interest;

    c. $265.42 in a credit;

    d. $4775.21 in attorneys' fees and costs.

2. Cornerstone Demolition Corp. and James Robert Rawson are jointly and severally liable for:

    a.    $10,754.36 of the $74,980.28 total sum, consisting of the principal sum of $9,101.00;

    b.    $1,653.36 in attorneys' fees and costs.

3. It is ORDERED that a permanent injunction issue against Defendants and their managing employees, managing officers, successors, agents, assigns, and all others acting in concert or participation with them who have actual notice of this Injunction for the duration of Cornerstone's obligations under the collective bargaining agreements with the Southern California District Council of Laborers and its affiliated Local Unions. Defendants are required to deliver the following to the Trust Funds' offices no later than 4:30 p.m. on the 20th day of each month for the duration of Cornerstone's obligations under the Agreements:

    a.    A complete, truthful, and accurate "Employers Monthly Report to Trustees," covering all employees which Cornerstone employed who were covered by the Agreements, commencing with Cornerstone's May 2020 contribution report;

    b.    An affidavit or declaration from Cornerstone, and/or other authorized representative attesting from their own personal knowledge under penalty of perjury to the completeness, truthfulness, and accuracy of the Employers Monthly Report to the Trustees; and

    c.    A cashier's check made payable to the Construction Laborers Trust Funds for Southern California, for the full amount of the fringe benefits contributions due on Employers Monthly Reports.

4. Plaintiff is ORDERED to mail a copy of this order and the judgment concurrently filed therewith to Defendants. Plaintiff shall file Proof of Service with the Court within ten days of the date of this Order.

5.   The September 20, 2021 hearing is VACATED.

Dated:  September 17, 2021

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge